## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>    Plaintiff,<br>v.<br><br>**CALLPASS, LLC,**<br><br>    Defendant. | CIVIL ACTION NO. 8:21-CV-00274<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

### JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC and Defendant CallPass, LLC by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

DATED: March 18, 2021

Respectfully Submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow, B.C.S.
Fla Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street NW
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Howard.Wernow@sswip.com

**ATTORNEYS FOR PLAINTIFF SOCIAL POSITIONING INPUT SYSTEMS, LLC.**

*/s/ Eleanor T. Barnett*
Eleanor T. Barnett, Esq
Florida Bar No. 0355630
WALDMAN BARNETT, P.L.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
TekL (305) 371-8809
ebarnett@waldmanbarnett.com
litservice@waldmanbarnett.com

**ATTORNEYS FOR DEFENDANT CALLPASS, LLC**